IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JACQUIN JOHN CARR, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| KEVIN KAUFMANN, et al., | : | No. 21-2898 |
| Respondents. | : | |

# ORDER

**CHAD F. KENNEY, J.**

AND NOW, this 19th day of November, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/Chad F. Kenney
CHAD F. KENNEY
U.S. DISTRICT COURT JUDGE